HARRY C. WILSON COMPANY ET AL., APPELLEES, V. IRVIN McMURRAY ET AL., APPELLANTS.

FILED APRIL 11, 1930. No. 27129.

*Pratt, Pratt & Anderson,* for appellants.

*R. H. Olmstead, contra.*

Heard before GOSS, C. J., DEAN, THOMPSON, EBERLY and DAY, JJ., and FITZGERALD and HASTINGS, District Judges.

PER CURIAM.

This is an injunction suit in which plaintiffs ask that defendants be enjoined from disposing of certain promissory notes and that such notes be canceled and delivered to plaintiffs. The district court for Douglas county found in favor of plaintiffs and defendants have appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.